**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **Avis Theresa Hilburn, et al.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.  4:12-cv-01260-FRB** |
| **American Medical Systems, Inc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On July 13, 2012, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri.  Upon closer examination, it has been determined that the case should have been filed as a Southeastern Division case.  Therefore, a Southeastern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Lewis M. Blanton, U.S. Magistrate Judge.

Dated this 16th day of April, 2012.

James G. Woodward, Clerk of Court

By: /s/ Karen Moore
Deputy Clerk

**In all future documents filed with the Court, please use the following case number:**

**1:12-cv-00120-LMB.**